IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:21-CV-1097-RP |
| | § | |
| SAYERS CONSTRUCTION, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

# **FINAL JUDGMENT**

On January 22, 2024, the Court granted summary judgment for Plaintiff Bank of America, N.A. ("Plaintiff"). (Dkt. 45). It ordered Plaintiff to submit an updated proposed order granting final judgment, and Plaintiff timely submitted an updated proposed order on February 5, 2024. (Dkt. 46). As nothing remains to resolve, the Court renders final judgment pursuant to Rule 58.

**IT IS THEREFORE ORDERED** that judgment is entered in favor of Plaintiff and against Defendants Sayers Construction, LLC, Canyon Power Solutions, LLC, Mark A. Sayers and Jennifer Sayers jointly and severally in the following amount:

- $2,090,040.83 for its breach of contract claim (including $1,599,901.10 in unpaid principal and $490,139.73 in accrued but unpaid interest)
- $151,299.99 in legal fees and costs
- Post-judgment interest pursuant to 28 U.S.C. § 1961.

Pursuant to the terms of the loan agreement, **IT IS ORDERED** that Sayers Construction, LLC and Canyon Power Solutions, LLC shall turn over to Plaintiff the following collateral:

(a) All accounts, and all chattel paper, instruments, deposit accounts, letter of credit rights, and general intangibles related thereto; and all returned or repossessed goods which, on sale or lease, resulted in an account;
(b) All inventory.
(c) All equipment and fixtures now owned or hereafter acquired by the [Borrower].
(d) All negotiable and nonnegotiable documents of title covering any Collateral.
(e) All accessions, attachments and other additions to the Collateral, and all tools, parts and equipment used in connection with the Collateral.
(f) All substitutes or replacements for any Collateral, all cash or non-cash proceeds (including insurance proceeds), products, rents and profits of the Collateral, and all income, benefits and property receivable on account of the Collateral and all supporting obligations covering any Collateral.
(g) All books, data and records pertaining to any Collateral, whether in the form of a writing, photograph, microfilm or electronic media, including but not limited to any computer-readable memory and any computer software necessary to process such memory.

**IT IS FURTHER ORDERED** that Sayers Construction, LLC and Mark A. Sayers are hereby directed to turn over to the Bank, as and when received, and amounts they recover in their civil lawsuit against Philadelphia Indemnity Insurance Company, the City of Bryan, Texas, and Bryan Texas Utilities, which arose from a contract between Sayers Construction and Bryan Texas Utilities for the construction of a 138-kV electrical transmission line from Snook to Steele Store Substation, styled *Mark Sayers and Sayers Construction, LLC v. Philadelphia Indemnity Insurance Company, The City of Bryan, Texas and Bryan Texas Utilities*, 272nd Judicial District, Brazos County, Texas, Cause No. 20-000962-CV-272 (the "BTU Claims").

Any person (including any individual, corporation, general or limited partnership, limited liability company or governmental entity) in possession or control of any Collateral, including any money due and owing to either of the Borrowers or on the BTU Claims (collectively "Account Debtors" and each an "Account Debtor"), is hereby authorized and directed to pay all amounts due to the Bank until the Indebtedness is fully satisfied.

A copy of the within Order shall be served upon all parties in this litigation within 21 days of its receipt by the Plaintiff's counsel Wilson, Elser, Moskowitz, Edelman & Dicker LLP.

**IT IS FURTHER ORDERED** that costs are taxed in favor of Plaintiff and against Defendants.

**IT IS FINALLY ORDERED** that this case is **CLOSED**. Any relief not granted is hereby **DENIED**.

**SIGNED** on February 5, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE